| AUSA: | Julie M. Beck | Telephone: | (313) 550-9333 |
|---|---|---|---|
| Inspector: | Stefon Wilson | Telephone: | (313) 949-6055 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Frederick Lee Rodgers

Case: 2:21−mj−30010
Assigned To : Unassigned
Assign. Date : 1/11/2021
CMP: USA v RODGERS (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 8, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan - SD__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Section 841(a) | Possession With Intent to Distributie Controlled Substances (Methamphetamine & Fentanyl) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Stefon Wilson, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 11, 2021

*Judge's signature*

City and state: Detroit, Michigan

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Stefon Wilson, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a postal Inspector since June 2017. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses. As part of my duties, I investigate incidents wherein the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Frederick Lee RODGERS Date of Birth: XX/XX/1989, for evidence of violations of Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance

1

(methamphetamine and fentanyl). Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Frederick Lee RODGERS has violated Title 21, United States Code, Section 841(a).

3. The facts in this affidavit come from my personal observations, participation in this investigation, training and experience, review of records and reports, and information obtained from other agents/officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On January 6, 2021, Detroit Division Postal Inspectors intercepted a USPS Priority Mail Express parcel at a Postal facility in the Eastern District of Michigan. The parcel bore the following: A USPS Priority Mail Express brown mailing box affixed with USPS Priority Mail Express Tracking Number EJ 536 828 322 US, addressed to Tommie Alston, 14214 Auburn St, Detroit, MI 48223, with a return address of Dru Alexandra, 16815 N 29th St., Phoenix, AZ 85032. The parcel was mailed on January 5, 2021, from

2

Phoenix, Arizona. Further, the parcel weighed approximately 18 pounds, 15 ounces and bore $169.15 in postage and fees.

5. Affiant conducted further investigation of the subject parcel, to include address queries and a positive alert from a controlled substance detecting K-9. Based on this information, Affiant applied for a federal search warrant for the subject parcel. On January 6, 2021, Affiant swore to and the Honorable Curtis Ivy, Jr., United States Magistrate Judge, signed federal search warrant 21-50012, authorizing Affiant to search the subject parcel. Affiant did conduct a search of the subject parcel along with Postal Inspector C. Bradshaw and found the subject parcel to contain approximately 4150 grams of suspected methamphetamine (two baggies field tested) and 1100 grams of suspected fentanyl (field tested).

6. On January 8, 2021, an undercover U.S. Postal Inspector, posing as a U.S. Postal Service Mail Carrier, delivered the subject parcel to the destination address in Detroit, Michigan. A representative of the Postal Inspection Service authored an anticipatory search warrant on the residence. The package contained non-controlled substances meant to resemble Methamphetamine and Fentanyl.

7. At approximately 10:10 a.m., the undercover U.S. Postal Inspector knocked on the door and a female answered the door (Individual A).

3

Individual A accepted the parcel and took the parcel inside of the residence. Individual A stated to law enforcement that after the delivery of the parcel, she placed the parcel back outside on the porch.

8. Shortly after the delivery and acceptance of the parcel, a silver vehicle was observed driving around in the area of the target address. From my training and experience, the driving actions of this vehicle displayed efforts to engage in counter-surveillance.

9. At approximately 11:15 a.m., a black male (later identified as ROGERS) is observed exiting the silver vehicle and walking up to the porch of the target address. ROGERS is observed taking possession of the parcel and examining the parcel. As unmarked law enforcement vehicles were getting closer to the target address, RODGERS began to run back to the silver vehicle without the parcel. The vehicle began to drive away and there was a car collision between the silver vehicle and a law enforcement vehicle.

10. ROGERS and a black male (Individual B) were detained and secured by law enforcement. ROGERS had a cell phone and United States Currency in his front pockets. The United States Currency and cell phone were seized as evidence. A search of Individual B's cell phone revealed communication via text message with phone number (805) 603-8680. Further investigation revealed the phone number (805) 603-8680 was used by ROGERS.

11. According to postal records, the phone number (805) 603-8680 signed up for tracking updates for the subject parcel.

12. Based upon the foregoing, there is probable cause to believe Frederick ROGERS has knowingly violated Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance. Accordingly, this Affiant respectfully request that this Court issue a complaint and arrest warrant.

_____
Stefon Wilson
Postal Inspector

Subscribed and sworn to before me and signed in
my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated:   January 11, 2021

5